

# THE ATTORNEY GENERAL
## OF TEXAS

AUSTIN, TEXAS 78711

JOHN L. HILL
ATTORNEY GENERAL

January 14, 1976

The Honorable Hal H. Hood
Firemen's Pension Commissioner
503-F Sam Houston State Office
    Building
Austin, Texas  78701

Opinion No. H-763

Re: Whether a firemen's
relief and retirement
fund is eligible under
Article 6243e.2, V.T.C.S.,
to receive an annual
apportionment from the
state appropriation.

Dear Commissioner Hood:

You have requested our opinion regarding whether a
firemen's relief and retirement fund is eligible under
article 6243e.2, V.T.C.S. to receive an annual apportionment
from the state appropriation. Although section 3 of article
6243e.2 provides that the fund created therein "shall continue
to receive annually any money appropriated by the legislature
which the fund received in prior years," you have expressed
doubt as to the efficacy of this appropriation in view of
the apparent conflict between the reporting provisions of
article 6243e.2 and article 6243e, section 3, V.T.C.S.

Article 6243e.2, section 2, requires the board of
firemen's relief and retirement fund trustees to file an
annual financial report with the city treasurer by January 31
of each year. Article 6243e, on the other hand, directs the
board to file such report with the Firemen's Pension Commis-
sioner.

Article 6243e, section 3, speaks in general terms that
are applicable to all firemen's relief and retirement funds.
Article 6243e.2, however, is specifically limited in its
application to "incorporated cities having a population of
not less than 1,200,000 according to the last preceding
federal census, and having a fully paid fire department."

p. 3225

It is well established that, where a general and a more specific statute are in conflict, the specific prevails. GMC Superior Trucks, Inc. v. Irving Bank & Trust Co., 463 S.W.2d 274 (Tex.Civ.App. -- Waco 1971, no writ). Thus, in those cities to which article 6243e.2 is applicable, it is our opinion that the trustees of the firemen's relief and retirement fund should file their report with the city treasurer, as provided in the statute. Furthermore, since there is no irreconcilable conflict between the reporting provisions of article 6243e.2 and article 6243e, it would appear that article 6243e.2, section 3, is valid, and, in accordance therewith, the firemen's relief and retirement funds in the affected cities are eligible to receive an annual apportionment from the state appropriation. You do not ask, and we do not consider, the effect, if any, of the appropriations rider found at Acts 1975, 64th Leg., ch. 743, p. 2417, 2601.

## S U M M A R Y

As to all cities to which article 6243e.2, V.T.C.S., is applicable, the firemen's relief and retirement fund therein should file its annual financial report with the city treasurer. Article 6243e.2, section 3, is valid, and the firemen's relief and retirement funds in affected cities are eligible to receive an annual apportionment from the state appropriation.

Very truly yours,

JOHN L. HILL
Attorney General of Texas

APPROVED:

DAVID M. KENDALL, First Assistant

C. ROBERT HEATH, Chairman
Opinion Committee

jwb